

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ARTURO VALTIERRA, | § | No. 08-14-00261-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 243rd Judicial District Court |
| | § | |
| THE STATE OF TEXAS, | | of El Paso, Texas |
| | § | |
| State. | | (TC# 20130D04398) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **April 17, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Matthew DeKoatz, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before April 17, 2015.

IT IS SO ORDERED this 16th day of March, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.